Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JANICE JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC,<br><br>    Defendants. | Docket No.: 06-CV-3601-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

  Come now the Plaintiff, JANICE JIMENEZ, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: April 22, 2009     By: /s/ Ann C. Andersen

THE MILLER FIRM, LLP
Two Bala Plaza, Ste. 603
Bala Cynwyd, PA 19004
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Attorneys for Plaintiff*


DATED: 8/26, 2009     By: /s/ Loren Brown

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**


Dated: Sept. 1, 2009     _____
Hon. Charles R. Breyer
United States District Court



IT IS SO ORDERED
Judge Charles R. Breyer